IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60686
Summary Calendar
_____

DONNIE SINGLETON,

Plaintiff-Appellant,

versus

STEVE W. PUCKETT; EDWARD HARGETT,
Superintendent of Mississippi State
Penitentiary; ANN L. LEE; JOAN ROSS;
DWIGHT PRESLEY; WALTER BOOKER;
JOHN BECK; ROGER COOK,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:97-CV-138-B-D
--------------------
January 27, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Donnie Singleton, Mississippi prisoner #44446, appeals the dismissal of his 42 U.S.C. § 1983 complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Singleton argues that the Mississippi Department of Corrections was without authority to adjudicate his rule violation reports (RVR) for possession of money orders and that his conviction on the RVRs was not supported by the evidence. He contends further that his right

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

against double jeopardy was violated by his being both criminally prosecuted and administratively disciplined for his possession of the money orders. Singleton also complains of the loss of earned good-time credit as a result of the disciplinary conviction. We have reviewed the record and find no error in the judgment of the district court. Siglar v. Hightower, 112 F.3d 191, 193 (5th Cir. 1997).

Singleton also challenges his yearly classification reviews and argues that his parole eligibility was miscalculated. These claims were not raised in the district court, and they may not be raised here for the first time. Leverette v. Louisville Ladder Co., 183 F.3d 339, 342 (5th Cir. 1999).

AFFIRMED.